**Exhibit A to the Complaint**

**Location:** Laguna Beach, CA  
**Total Works Infringed:** 24

**IP Address:** 68.5.191.103  
**ISP:** Cox Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8696CBEFBA695E7BFFE7E150752B613BEDD22114<br>File Hash: 884B2F88AA67231FC2FE5E7FEE7D753C67FC05F46B7454A7F5E35BBB8059119A | 01-09-2022 05:00:12 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 2 | Info Hash: 84C18B18D9F1F5E887F25856B43B3C1F9AD886D2<br>File Hash: C22CE5325AD1F558ADD98BFE78999AEB46429FC0B8E9E31D5A2D8694149510D0 | 01-04-2022 04:28:52 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 3 | Info Hash: 4A41E31921CCE84AFC828C9A42761B29A837B33C<br>File Hash: 9F840054476EFB0C93E7DAEBA2C037EE0A02295BA581413FE9BE6AC6B6550A69 | 12-29-2021 23:01:00 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 4 | Info Hash: 744049847F24771AAEEB45230A25CFC8964CD301<br>File Hash: 8ACEAB2F6914C9FDF525018F7F9FF30A816FD885B20D2155F20606AE06ED0971 | 12-27-2021 07:41:02 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 5 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 23:10:42 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 6 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 12-05-2021 23:08:53 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 7 | Info Hash: 95CE8FC9995512C1376E50826F5B4E44B0E5D8AD<br>File Hash: 31DF0005E5E991AE9D3F6056712C424E8D3AC8BC44E29DA31AC3C255F2F7E712 | 12-05-2021 23:08:06 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 8 | Info Hash: 8105FC847C99F1CC597D518F5DF457320A9CFF3A<br>File Hash: BBDE0C5FF5084401AC67AE7B077D4B9A999D59E0E65C0C4A37043038FABA5D64 | 11-22-2021 06:10:47 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-17-2021 05:23:57 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 10 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 11-17-2021 05:12:46 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 11 | Info Hash: FAB296ABD8590589A86EFFECE2ECAD1AF371FA59<br>File Hash: CCAC2BBFEF6770BE2FD693DCE809BEF3B915B1BFA3185FE9CDA04070A6A8E987 | 11-14-2021 23:52:45 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 12 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-02-2021 01:02:15 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 13 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash: 76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 11-01-2021 04:47:13 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 14 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 10-28-2021 01:14:08 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 15 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash: CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 10-28-2021 01:13:15 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 16 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash: 2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 10-28-2021 01:09:01 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 17 | Info Hash: 10CFDEE71E1144008E77108D4DE50A00ACF25AF5<br>File Hash: C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 10-28-2021 01:06:51 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash: 2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 10-28-2021 01:06:11 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 19 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash: 9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 10-28-2021 01:05:35 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 20 | Info Hash: 58A2718F06BEDF42378F7D683C261C6E717BEED0<br>File Hash: 367DA0B6CB23569E57D6BDECB108ADD0B0002715646EFED1F8246C3D92616F20 | 10-28-2021 01:05:11 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 21 | Info Hash: 2E04A1ABABEEFFF520DC32105A29CAC03952C337<br>File Hash: FDCB61956B588C2515BEE9EDEA7F8D965A8544D90405ABF07B7D6521317E7096 | 10-27-2021 23:48:20 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 22 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 10-27-2021 23:42:12 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 23 | Info Hash: 3321D4A107CC41A39D14B9A2A14AFCD6203788D2<br>File Hash: DCF1E61DABBDACAA1F49306554569F401A676C097E6BFD2734C8AD5082C1F676 | 10-24-2021 08:01:11 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 24 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 10-24-2021 07:59:54 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |